# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY | : | CASE NO. 2:22-cv-3578 |
| | : | JUDGE EDMUND A. SARGUS, JR. |
| Plaintiff | | |
| | : | **NOTICE OF** |
| -vs- | | **RULE 41(a)(1)(A)(ii) STIPULATED** |
| | : | **DISMISSAL** |
| NATURAL REMEDIES MASSAGE, LLC, LLC, et al. | | |
| | : | |
| Defendants | | |

\* \* \* \* \* \* \*

By agreement of counsel hereto and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff's Complaint as to Defendants, Hollie Aneshanesly, Natural Remedies Massage, LLC, Broad St Property, LLC, and Jane Does #1-11 is hereby dismissed with prejudice.  Plaintiff's claims against Defendant, Matthew Schaitel, shall be dismissed without prejudice. Each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| */s/ Christine Carey Steele*<br>_____<br>CHRISTINE CAREY STEELE, #0055288<br>JOHN C. SCOTT, #0029518<br>Attorneys for Plaintiff<br>FAULKNER & TEPE, LLP<br>720 East Pete Rose Way, Suite 300<br>Cincinnati, Ohio 45202<br>(513) 421-7500 – Telephone<br>(513) 421-7502 - Facsimile<br>jscott@faulkner-tepe.com<br>csteele@faulkner-tepe.com | */s/ Ryan Shepler*<br>*Per written/email authority  4/2/2024*<br>_____<br>RYAN SHEPLER,  #0087771<br>Attorney for Defendants, Hollie Aneshanesly, Natural Remedies Massage, LLC, and Broad St Property, LLC<br>SAVINGS & SHEPLER<br>9 East Second Street<br>P.O. Box 588<br>Logan, Ohio  43138-0588<br>(740) 385-2121<br>rjs@savingsandshepler.com |

| | |
|---|---|
| */s/ Lynn A. Ellenberger per written/email authority 3/22/24*<br>_____<br>LYNN A. ELLENBERGER, *pro hac vice*<br>Co-Counsel for Defendants, Jane Does 1-11<br>FEGAN SCOTT, LLC<br>500 Grant St., Suite 2900<br>Pittsburgh, PA 15219<br>Telephone: (412) 346-4104<br>Facsimile: (412) 785-2400<br>lynn@feganscott.com | */s/ Elizabeth A. Mote per written/email authority 4/4/24*<br>_____<br>ELIZABETH A. MOTE,  #0086379<br>Co-Counsel for Defendants, Jane Does 1-11<br>MOTE LAW FIRM, LLC<br>1350 W. 5 Ave., Ste. 330<br>Columbus, OH 43212<br>Phone: (614) 370-6359<br>Fax: 833-656-4346<br>liz@lizmotelaw.com |